IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ABISHAI EUGENE,**

       **Petitioner,**

v.                                          Case No. 4:14cv307-MW/CAS

**JULIE L. JONES, Secretary,**
**Florida Department of Corrections,**

       **Respondent.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 19. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 16, is **GRANTED**. Leave to appeal in forma pauperis is **DENIED**." The Clerk shall close the file.

SO ORDERED on November 30, 2016.

                                                s/Mark E. Walker            
                                               **United States District Judge**