IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ABISHAI EUGENE,

       Petitioner,

v.                                                 Case No. 4:14cv307-MW/CAS

JULIE L. JONES, etc.,

       Respondent.
_____/

## AMENDED ORDER ACCEPTING
## REPORT AND RECOMMENDATION[1]

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 22. Accordingly,

IT IS ORDERED:

The Order Accepting and Adopting Report and Recommendation, ECF No. 20, **is hereby set aside**, along with the Clerk's judgment, ECF No. 21. This Court having considered the magistrate's report and recommendation, ECF No. 19, having reviewed *de novo* Petitioner's objections, ECF No. 22, **accepts and adopts,** over Petitioner's objections, the Magistrate's Report and Recommendation as this

---

[1] This Court amends only to correct its error of failing to reference Petitioner's objections and to correct the style.

Court's opinion.  The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 16, is **GRANTED**.  Leave to appeal in forma pauperis is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on December 1, 2016.**

<u>s/Mark E. Walker</u>       ____
**United States District Judge**
